UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BOBBY ALEXANDER WILLIAMS,        )
                                 )
              Plaintiff,         )
                                 )
v.                               )   No. 1:04-cv-1449-SEB-VSS
                                 )
EVELYN RIDLEY-TURNER,            )
ZETTIE COTTON,                   )
BRUCE LEMMON,                    )
                                 )
              Defendants.        )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 03/03/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Bobby Alexander Williams  No. 147572
Southern Michigan Correctional Facility
4010 Cooper St.
Jackson, MI   49201

Thomas Quigley
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770